UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ENTEGRIS, INC., | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | Civil Action No. 06-10601 GAO |
| PALL CORPORATION, | | |
| Defendant. | | |

## ANSWER, COUNTERCLAIMS, AND JURY DEMAND OF PALL CORPORATION

Defendant, Pall Corporation ("Pall"), by and through its attorneys, answers Plaintiff Entegris, Inc.'s ("Entegris") Complaint and Jury Demand as follows in like numbered paragraphs:

1. Admitted that the action on its face seeks damages and a preliminary and permanent injunction for alleged patent infringement. Denied as to the remainder of the allegations and averments.

2. Admitted that to the extent that a claim for patent infringement is asserted under the United States Patent Laws, Title 35 of the United States Code, subject matter jurisdiction is appropriate under 28 U.S.C. §§ 1331 and 1338(a). Denied as to the remainder of the allegations and averments.

3. Admitted that to the extent that a claim for patent infringement is asserted under the United States Patent Laws, Title 35 of the United States Code, venue is appropriate under 28 U.S.C. §§ 1391(b) and 1400.

4. Pall is without knowledge to admit or deny the allegations and, therefore, denies the same.

5. Admitted.

6. Admitted that the '667 Patent issued on the identified date with the identified title, and that a copy is attached to the Complaint. Denied as to the remaining allegations and averments.

7. Admitted that the '200 Publication published on the identified date and that a copy is attached to the Complaint. Denied as to the remaining allegations and averments.

8. Pall is without knowledge to admit or deny the allegations and, therefore, denies the same.

9. Denied.

10. Admitted that Pall has imported, sold and offered for sale its PhotoKleen™ EZD-3 Filter Assemblies in the United States. Denied as to the remaining allegations and averments.

11. Admitted that prior to the issuance of the '667 Patent, Pall imported, sold and offered for sale in the United States prior versions of its PhotoKleen™ EZD-2 and EZD-3 Filter Assemblies. Denied as to the remaining allegations and averments.

12. Pall repeats and incorporates paragraphs 1 through 9 above, as though fully set forth herein.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Pall repeats and incorporates paragraphs 1 through 17 above, as though fully set forth herein.

19. Denied.

20. Admitted that, as a part of the limited discovery in *Mykrolis v Pall*, Civil Action No. 03-10392GAO, Mykrolis produced to Pall's outside counsel on a "confidential--attorneys' eyes only" basis (as defined in a Stipulation and Protective Order entered on or about April 11, 2003) documents that may correspond to the application that published as the '200 Publication. Denied as to the remaining allegations and averments.

21. Denied.

22. Denied.

## FIRST AFFIRMATIVE DEFENSE
### Invalidity of the '667 Patent

23. One or more claims of the '667 patent are invalid as failing to comply with one or more of the provisions of 35 U.S.C. § 101, *et seq.*, including without limitation §§ 102, 103 and/or 112.

## PALL'S COUNTERCLAIMS

For its counterclaims against Entegris, Pall alleges as follows:

24. Pall seeks a declaratory judgment from this Court pursuant to 28 U.S.C. §§ 2201 and 2202, and under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq*. There is an actual case or controversy between Pall and Entegris concerning the alleged infringement of the '667 patent by virtue of the allegations of the Complaint and Pall's Answer and Counterclaims in this action concerning the invalidity of the '667 patent.

25. This Court has jurisdiction over the subject matter under 28 U.S.C. §§ 1331 and 1338(a). Venue is proper in this judicial district under 28 U.S.C. §§ 1391 and 1400. Venue is also proper in the same judicial district as the claim brought by Entegris.

26. Pall is a corporation organized and existing under the laws of the state of New York with a principal place of business at 2200 Northern Boulevard, East Hills, New York 11548.

27. Upon information and belief, Entegris, Inc. is a corporation organized and existing under the laws of Delaware with a principal place of business at 129 Concord Road, Billerica, Massachusetts, 01821.

**FIRST COUNTERCLAIM**
**Invalidity of the '667 Patent**

28. Pall repeats and incorporates paragraphs 24 through 27 above, as though fully set forth herein.

29. Pall seeks a declaration from this Court that the claims of the '667 patent are invalid as failing to comply with one or more of the provisions of 35 U.S.C. § 101, *et seq.*, including without limitation §§ 102, 103 and/or 112.

**SECOND COUNTERCLAIM**
**Noninfringement of the '667 Patent**

30. Pall repeats and incorporates paragraphs 24 through 29 above, as though fully set forth herein.

31. Pall seeks a declaration from this Court that Pall's PhotoKleen™ EZD-3 Filter Assembly, including prior versions thereof, does not infringe any valid claim of the '667 patent.

**PRAYER FOR RELIEF**

WHEREFORE, Pall prays this Court to enter judgment as follows:

(A)  Dismissing the Complaint with prejudice;

(B)  Denying Entegris' prayers for relief;

(C)  Declaring that the claims of the '667 patent are invalid;

(D)  Declaring that Pall's PhotoKleen™ EZD-3 Filter Assembly, including prior versions thereof, does not infringe any valid claim of the '667 patent;

(E)  Finding this is an exceptional case and awarding Pall its costs and attorney fees; and

(F)  Awarding Pall such other and further relief as may be equitable and just.

**DEMAND FOR A JURY TRIAL**

Pall hereby demands a trial by jury on all claims, counterclaims, and issues triable to a jury.

Date:  April 26, 2006

Respectfully submitted,

/s/ Gary R. Greenberg
H. Michael Hartmann
Mark E. Phelps
Jeremy C. Lowe
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, IL  60601-6780
(312) 616-5600

Gary R. Greenberg, BBO #209420
Louis J. Scerra, Jr., BBO # 543600
Greenberg Traurig, LLP
One International Place, 20th Floor
Boston, MA  02110
(617) 310-6000

ATTORNEYS FOR DEFENDANT
PALL CORPORATION

- 6 -

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 26, 2006.

                                  /s/ Gary R. Greenberg  
                                  Gary R. Greenberg